UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

BROME, et al.

                Defendants.

ORDER

24-CV-3360 (PMH)

PHILIP M. HALPERN, United States District Judge:

      An Initial Pre-Trial Conference was held today. Counsel for Plaintiff and Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), as well as *pro se* Defendants Jeffrey Brome and June Pariage-Brome, appeared by telephone. As discussed at the conference, Shellpoint is directed to produce sufficient documentation to Plaintiff to demonstrate that Shellpoint is Defendant Caliber Home Loans's successor in interest. Further, counsel for Plaintiff and Shellpoint are directed to then meet and confer concerning Shellpoint's status in this action and prepare and file a stipulation and order substituting Shellpoint as a defendant for Caliber Home Loans or a joint-letter advising the Court concerning the same by January 20, 2025. Moreover, counsel for Plaintiff and New York State Department of Taxation and Finance ("NYSDTF") are directed to meet and confer about NYSDTF's status as a defendant in this action and prepare and file a stipulation and order dismissing NYSDTF as a defendant in this action or file a joint-letter concerning the same by January 27, 2025.

SO ORDERED.

Dated:   White Plains, New York
           January 13, 2025

                                                    PHILIP M. HALPERN
                                                    United States District Judge