UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

BROME, et al.

                    Defendants.

ORDER

24-CV-3360 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On January 13, 2025, the Court directed counsel for Plaintiff to, among other things, meet and confer with counsel for New York State Department of Taxation and Finance ("NYSDTF") about NYSDTF's status as a defendant in this action and prepare and file a stipulation and order dismissing NYSDTF as a defendant in this action or file a joint-letter with counsel for NYSDTF concerning the same by January 27, 2025. (Doc. 37). The docket reflects that Plaintiff did not file either a stipulation and order dismissing NYSDTF as a defendant in this action or a joint-letter.

      Accordingly, by February 6, 2025, Plaintiff's counsel shall fully comply with the Court's January 13, 2025 Order (Doc. 37).

**SO ORDERED**.

Dated:  White Plains, New York
         January 30, 2025

PHILIP M. HALPERN
United States District Judge