UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

                -against-

JEFFREY BROME, JUNE PARIAGE-BROME,
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE
SERVICING, and NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,

                Defendants.
------------------------------------------------------------x

24 Civ. 3360 (PMH)

## CONSENT JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Upon the consent of plaintiff United States of America ("United States") and defendant Jeffrey Brome, a final judgment pursuant to Federal Rule of Civil Procedure 54(b) is entered in favor of the United States against Brome in the amount of $405,298.91, as of February 12, 2025, with interest continuing to accrue on this amount at the rate specified by 26 U.S.C. § 6621, as well as any penalties and statutory additions until the date of judgment, and interest from the date of judgment accruing pursuant to 28 U.S.C. § 1961, up to the date the payment is made, and that the United States shall have execution therefor.

2. The United States shall be permitted to file this Judgment in any and all counties in which defendant Jeffrey Brome resides or owns any real or personal property, and such filing shall be a lien on such property. However, filing of this judgment will not be construed to place a lien on the property located at 101 Barr Lane, Monroe, New York 10950.

3. After defendant Jeffrey Brome has made payment in full of the Judgment balance, the United States shall file with the Clerk of the Court and mail to defendant Jeffrey Brome, at

his current address of record or at any other address he provides in writing, a satisfaction of judgment.

AGREED AND CONSENTED TO:

Dated: New York, New York
May 13, 2025

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By: _____
MOLLIE KORNREICH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-3274

Dated: New York, New York
May 7, 2025

_____
JEFFREY BROME
Defendant

SO ORDERED:

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
May 15, 2025

2